IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 NOV -2 AM 6: 50

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

ROBERT B. MITCHELL, JR.
AND ROBERT B. MITCHELL, III,

    Plaintiffs,

VS.                                   NO. 03-2037-Ma

GOLDEN FEATHER REALTY SERVICES, INC.,
AND THE CHASE MANHATTAN BANK,

    Defendants.

## ORDER OF DISMISSAL

The parties have submitted a "Stipulation of Dismissal With Prejudice" in this matter indicating that this matter may be dismissed. It is therefore ORDERED that this case is DISMISSED with prejudice on the merits, each party to bear its own costs, including attorneys' fees and costs.

Entered this 31st day of October, 2005.

                        SAMUEL H. MAYS, JR.
                        UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-7-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:03-CV-02037 was distributed by fax, mail, or direct printing on November 7, 2005 to the parties listed.

---

Mary A. Peterson
WALKER LAW OFFICE
6750 Poplar
Ste. 412
Memphis, TN 38138

Patrick T. Burnett
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Patrick E. Bensinger
STEWART & WILKINSON, PLLC
9040 Garden Arbor Dr.
First Floor
Germantown, TN 38138

Saul C. Belz
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT