UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV 15 PM 4: 40

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

ROBERT B. MITCHELL, JR.
and ROBERT B. MITCHELL, III,

      Plaintiffs,

v.                              Cv. No. 03-2037-Ma

GOLDEN FEATHER REALTY SERVICES, INC.,
and THE CHASE MANHATTAN BANK,

      Defendants.


# JUDGMENT


     Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice, in accordance with the Order of Dismissal, docketed November 7, 2005.  Each party shall bear its own costs and attorneys' fees.


**APPROVED:**

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

November 14, 2005
_____
DATE

THOMAS M. GOULD
_____
CLERK

_____
(By) DEPUTY CLERK

2/1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:03-CV-02037 was distributed by fax, mail, or direct printing on November 16, 2005 to the parties listed.

---

Saul C. Belz
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Mary A. Peterson
WALKER LAW OFFICE
6750 Poplar
Ste. 412
Memphis, TN 38138

Patrick T. Burnett
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Patrick E. Bensinger
STEWART & WILKINSON, PLLC
9040 Garden Arbor Dr.
First Floor
Germantown, TN 38138

Honorable Samuel Mays
US DISTRICT COURT